# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-238 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR NICHOLAS LEWIS (ID#) 01875052 |
| vs. | |
| NICHOLAS LEWIS, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **NICHOLAS LEWIS** before the United States District Court at Las Vegas, Nevada, on or about __I/A & A/P, Thursday, 8/16/18, 3pm, 3D, VCF__, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: August 8, 2018

_____
UNITED STATES MAGISTRATE JUDGE

1  DAYLE ELIESON
   United States Attorney
2  District of Nevada
   CHRISTOPHER BURTON
3  Assistant United States Attorney
   Nevada State Bar Number 12940
4  501 Las Vegas Boulevard South
   Suite 1100
5  Las Vegas, Nevada 89101
   702-388-6336

6
                UNITED STATES DISTRICT COURT
7                   DISTRICT OF NEVADA
                          -oOo-
8

9  UNITED STATES OF AMERICA,          )   Case No.: 2:18-cr- 238
                                      )
10           Plaintiff,                )   PETITION FOR WRIT OF HABEAS
                                      )   CORPUS AD PROSEQUENDUM FOR
11   vs.                               )   NICHOLAS LEWIS
                                      )   (ID#) 01875052
12  NICHOLAS LEWIS,                    )
                                      )
13           Defendant.                )
                                      )
14  _____)

15    The petition of the United States Attorney for the District of Nevada respectfully shows

16  that **NICHOLAS LEWIS** is committed by due process of law in the custody of the Warden,

17  Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **NICHOLAS**

18  **LEWIS** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the

19  said **NICHOLAS LEWIS** may be present before the United States District Court for the District

20  of Nevada, Las Vegas, Nevada, on ___ I/A & A/P, Thursday, 8/16/18, 3pm, 3D, VCF ___, at the hour of 3:00

21  p.m., for arraignment and from time to time and day to day thereafter until excused by the said

22  Court.

23    That the presence of the said **NICHOLAS LEWIS** before the United States District Court

24  on or about ___ I/A & A/P, Thursday, 8/16/18, 3pm, 3D, VCF ___, at the hour of 3:00 p.m.,

for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **NICHOLAS LEWIS** before the United States District Court on or about __I/A & A/P, Thursday, 8/16/18, 3pm, 3D, VCF__, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 8th day of August, 2018

Respectfully submitted,

DAYLE ELIESON
United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney

2