**WILLIAM B. TERRY, ESQ.**
Nevada Bar No. 1028
WILLIAM B. TERRY, CHTD.
530 South Seventh St.
Las Vegas, Nevada 89101
Phone: 702-385-0799
Info@WilliamTerryLaw.com

**YI LIN ZHENG, ESQ.**
Nevada Bar No. 1011
MOMOT & ZHENG
530 South Seventh St.
Las Vegas, Nevada 89101
Phone: 702-385-7170
Momot.Zheng@gmail.com

Attorneys for Defendant
NICHOLAS LEWIS

# UNITED STATE OF DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:18-CR-238-RFB-CWH |
| Plaintiff, | |
| vs. | **ORDER TO MODIFY PRE-TRIAL RELEASE CONDITIONS TO ALLOW ONE-TIME OUT OF STATE TRAVEL** |
| NICHOLAS LEWIS, | |
| Defendant | |

COMES NOW, Defendant, NICHOLAS LEWIS ("Mr. LEWIS"), by and through his attorney, WILLIAM B. TERRY, ESQ., of William B. Terry, Chtd., and YI LIN ZHENG, ESQ., of the Momot & Zheng, 530 S. Seventh St., Las Vegas, NV 89101, and the United States being represented by and through the United States Attorney's Office, Assistant United States Attorney CHRISTOPHER BURTON.

Defendant was present in court on March 5, 2019, for Change of Plea. Sentencing is currently set for June 6, 2019. Defendant was permitted to continue on a personal recognizance bond, with conditions including RF monitoring and a geographical restriction to remain in the State of Nevada.

However, the Defendant's wife's grandmother recently passed away in Louisiana. She would like for Mr. Lewis to accompany her to Louisiana to attend the services for her grandmother. The parties, including the Defense, Government, and Pre-trial Services Officer, would respectfully request that the Court grant the parties stipulation to modify this specific condition of Defendant's release to allow him to travel out of state of this specific purpose.

**IT IS HEREBY STIPULATED AND AGREED UPON**, by and between the parties hereto, that geographical restriction of Defendant's release conditions shall be modified to allow Defendant to travel to and from Nevada and Louisiana, on Friday, March 22, 2019 and to return on Sunday, March 24, 2019, to attend the funeral services for his wife's grandmother, provided that Defendant gives an itinerary to his Pre-Trial Services Officer for approval prior to travel. Further, Defendant is to remain of RF monitoring and self-supervise for the duration of his travel and will report to his Pre-Trial Services Officer within 24 hours of his return to Nevada.

| STIPULATION entered by: | STIPULATION entered by: |
|---|---|
| _____/s/_____ | _____/s/_____ |
| WILLIAM B. TERRY, ESQ. | NICHOLAS A. TRUTANICH |
| Nevada Bar No. 1028 | United States Attorney |
| YI LIN ZHENG, ESQ. | CHRISTOPHER BURTON |
| Nevada Bar No. 10811 | Assistant United States Attorney |
| 530 S. Seventh St. | 501 Las Vegas Blvd. South, Ste. 1100 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorneys for Defendant | |

# UNITED STATE OF DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NICHOLAS LEWIS,<br><br>　　　　Defendant | CASE NO: 2:18-CR-238-RFB-CWH<br><br>**ORDER TO MODIFY PRE-TRIAL RELEASE CONDITIONS TO ALLOW ONE-TIME OUT OF STATE TRAVEL** |

　　　　Upon Stipulation of the parties:

　　　　**IT IS HEREBY ORDERED** that geographical restriction of Defendant's release conditions shall be modified to allow Defendant to travel to and from Nevada and Louisiana, on Friday, March 22, 2019 and to return on Sunday, March 24, 2019, to attend the funeral services for his wife's grandmother, provided that Defendant gives an itinerary to his Pre-Trial Services Officer for approval prior to travel.

　　　　IT IS FURTHER ORDERED that Defendant is to remain of RF monitoring and self-supervise for the duration of his travel and will report to his Pre-Trial Services Officer within 24 hours of his return to Nevada.

　　　　DATED this __19th__ day of March, 2019.



_____
HONORABLE JUDGE RICHARD F. BOULWARE II
UNITED STATES DISTRICT COURT JUDGE